## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 239 WAL 2022
                       Respondent    :
                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court
                    v.    :
                                       :
KENNETH L. WILSON,    :
                           Petitioner    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 7th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.